TERRY LENT, an Infant, by CONSTANCE LENT, His Guardian ad Litem, et al., Respondents, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Judgment unanimously reversed and a new trial ordered unless plaintiff consents to a reduction of the verdict in favor of the infant plaintiff to the sum of $17,500 in which event the judgment, as so modified is affirmed. On this record we think the amount awarded by the jury is excessive. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

EMIDIO RUFO, Plaintiff, v. "JOHN" J. ORLANDO, Defendant. ANTHONY J. ORLANDO, Doing Business as "A. J. ORLANDO CONTRACTING Co.", Third-Party Plaintiff-Respondent, v. NORTHCREST GARDENS CORP., Third-Party Defendant-Appellant.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

NEWBURGH PRECISION PRODUCTS CORPORATION, Appellant, v. WHITEWALL REALTY Co. INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

EDWIN B. WOLCHOK, Respondent, v. MURRAY J. ABELES et al., Individually and as Copartners Doing Business under the Name of UNIVERSAL COMPANY, et al., Appellants.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 696.]

■

ELIZABETH MURRAY et al., Respondents, v. ROBERT DAY, INC., Appellant.— Determination unanimously affirmed, with costs to the respondents. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

SOL GURVITCH et al., Partners Doing Business under the Name of GURVITCH & BENDER, Respondents, v. FEATURE RING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

PILGRIM STEAMSHIP CORPORATION et al., Respondents, v. SMITH-JOHNSON STEAMSHIP CORP., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.